McGREGOR W. SCOTT
United States Attorney
E. ROBERT WRIGHT
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2702

Attorneys for Federal Defendants

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JENNIFER ZAMORA,<br><br>       Plaintiff,<br><br>   v.<br><br>DEPARTMENT OF HOMELAND SECURITY, et al.,<br><br>       Defendant. | Case No. 2:07-CV-00023-RRB-EFB<br><br>DEFENDANT'S <u>EX PARTE</u> APPLICATION AND AFFIDAVIT FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT; PROPOSED ORDER |

   Defendant in the above-captioned action hereby moves this Court <u>ex parte</u> for an order extending Defendant's time to respond to Plaintiff's complaint from the present due date of July 13, 2007, by fourteen (14) days, to July 27, 2007.

   The undersigned, who will be out of the office during the entire week of July 9, 2007, has attempted to obtain Plaintiff's concurrence in a stipulation for extension of time, pursuant to Local Rule 6-144(c), but was unable to reach Plaintiff's counsel, leaving a message on July 5, 2007 for attorney Wendy Vierra.

   The extension is needed to allow additional time to review this matter and prepare Defendant's response.

/ / /

This is the first extension requested.

DATED: July 6, 2007               Respectfully submitted,

McGREGOR W. SCOTT
United States Attorney


By:  E. Robert Wright
E. ROBERT WRIGHT
Assistant U.S. Attorney


**ORDER**

Good cause appearing, the requested extension of time is hereby APPROVED.

SO ORDERED.

DATED: July 16, 2007.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE