1  Ronald R. Poirier – 175511
   Daniel D. McGee - 218947
2  ELLIS, COLEMAN, POIRIER, LA VOIE & STEINHEIMER
   555 University Avenue, Suite 200 East
3  Sacramento, CA  95825
   Telephone:     (916) 283-8820
4  Facsimile:     (916) 283-8821

5  Attorneys for Plaintiff
   JENNIFER ZAMORA

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JENNIFER ZAMORA<br><br>Plaintiff,<br><br>v.<br><br>DEPARTMENT OF HOMELAND SECURITY, TRANSPORATION SECURITY ADMINISTRATION, LOREN ISHI, DOES 1-20<br><br>Defendants. | Case No.:  Civ.S-07-00023-RRB-EFB<br><br>**STIPULATION AND ORDER CONTINUING HEARING  ON DEFENDANTS' MOTION TO DISMISS**<br><br>Date:         September 19, 2007<br>Time:        10:00 a.m.<br>Courtroom: 9<br>Judge:       Hon. Ralph R. Beistline |

IT IS HEREBY STIPUALTED AND AGREED between the parties that:

1. Defendant's Motion to Dismiss is currently scheduled for hearing on Wednesday, September 5, 2007, at 10:00 a.m..

2. Counsel for Plaintiff will be in trial in State Court, County of Shasta, Redding, California on that date

3. The parties have met and conferred and have agreed to continue the hearing on Defendant's Motion to Dismiss which currently set for September 5, 2007.

///

///

- 1 -

**STIPULATION AND ORDER CONTINUING DEFENDANTS' MOTION TO DISMISS HEARING**

PDF created with pdfFactory trial version www.pdffactory.com

4.  The parties agree to continue the hearing on Defendant's Motion to Dismiss to Wednesday, September 19, 2007 at 10:00 a.m..

Dated: August 24, 2007

                              ELLIS, COLEMAN, POIRIER LA VOIE & STEINHEIMER


                              By     Ronald R. Poirier
                                  Ronald R. Poirier
                                  Attorneys for Plaintiff
                                  JENNIFER ZAMORA

Dated: August 30, 2007


                              By     E. Robert Wright
                                  E. ROBERT WRIGHT
                                  Assistant United States Attorney
                                  Department of Homeland Security,
                                  Transportation Security Administration
                                  and Loren Ishii


**IT IS SO ORDERED**

Dated   August 30, 2007                    /s/ Ralph R. Beistline
                                              JUDGE OF THE U.S. DISTRICT COURT

**STIPULATION AND ORDER CONTINUING DEFENDANTS' MOTION TO DISMISS HEARING**

PDF created with pdfFactory trial version www.pdffactory.com