```
 1  LAWRENCE G. BROWN
    Acting United States Attorney
 2  JASON EHRLINSPIEL
    Assistant United States Attorney
 3  501 I Street, Suite 10-100
    Sacramento, California  95814
 4  Telephone:  (916) 554-2743
    Facsimile:   (916) 554-2900
 5
 6  Attorneys for Department of Homeland Security and
    Transportation Security Administration
 7
```

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| JENNIFER ZAMORA, | Case No. 2:07-CV-00023 JAM-EFB |
|---|---|
| Plaintiff, | **STIPULATION SETTING DEFENDANTS' MOTION TO STRIKE FOR HEARING AND SHORTENING TIME FOR PLAINTIFF TO RESPOND TO DEFENDANTS' MOTION AND ORDER** |
| v. | |
| DEPARTMENT OF HOMELAND SECURITY TRANSPORTATION SECURITY ADMINISTRATION and LOREN ISHII, | |
| Defendants. | |

Plaintiff Jennifer Zamora and Defendants Department of Homeland Security and Transportation Security Administration hereby stipulate as follows:

1. Defendants' Motion to Strike, which will be filed prior to 5:01 p.m. on March 6, 2009, is set for hearing on March 25, 2009 at 9:00 a.m., the same time as Defendants' Motion to Dismiss is set for hearing.

2. Plaintiff's opposition to Defendants' Motion to Strike shall be filed on or before March 13, 2009.

STIPULATION & SHORTENING                                1
TIME & [PROPOSED ORDER]

PDF created with pdfFactory trial version www.pdffactory.com

3. Plaintiff objects to Defendants filing a reply to her opposition. Defendants propose that their reply, if any, be filed on or before March 18, 2009. The Court orders that:

\_\_\_\_\_ Defendants may file a reply to Plaintiff's opposition on or before _____.

<u>XX</u> Defendants shall not file a reply to Plaintiff's opposition.

Dated: March 6, 2009  By: */s/ Jennifer Gregory*
JENNIFER GREGORY
Attorney for Plaintiff

Dated: March 6, 2009  LAWRENCE G. BROWN
Acting United States Attorney

By: /s/ Jason Ehrlinspiel
JASON EHRLINSPIEL
Assistant U.S. Attorney
Attorneys for Defendants

**IT IS SO ORDERED**

Date: 3/9/2009  /s/ John A. Mendez_____

Honorable John A. Mendez

District Court Judge
U.S. District Court for Eastern District of California

STIPULATION & SHORTENING TIME & [PROPOSED ORDER]  2

PDF created with pdfFactory trial version www.pdffactory.com