UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JENNIFER ZAMORA,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>JANET NAPOLITANO, SECRETARY OF THE DEPARTMENT OF HOMELAND SECURITY; GALE ROSSIDES, ASSISTANT SECRETARY; ACTING ADMINISTRATOR OF THE TRANSPORTATION SECURITY ADMINISTRATION; LOREN ISHII; and DOES 1 through 20, inclusive,<br><br>　　　　　　Defendants. | Case No. 2:07-CV-00023 JAM-EFB<br><br><br><br><br><br><br>RELATED CASE ORDER |
| JENNIFER ZAMORA,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>JANET NAPOLITANO, SECRETARY OF THE DEPARTMENT OF HOMELAND SECURITY; GALE ROSSIDES, ASSISTANT SECRETARY; ACTING ADMINISTRATOR OF THE TRANSPORTATION SECURITY ADMINISTRATION; LOREN ISHII; and DOES 1 through 20, inclusive,<br><br>　　　　　　Defendants. | Case No. 2:09-CV-01292 FCD-EFB |

1    Examination of the above-entitled actions reveals that these
2 actions are related within the meaning of Local Rule 83-123 (E.D.
3 Cal. 2005). Accordingly, the assignment of the matters to the same
4 judge and magistrate judge is likely to affect a substantial
5 savings of judicial effort and is also likely to be convenient for
6 the parties.
7    The parties should be aware that relating the cases under
8 Local Rule 83-123 merely has the result that these actions are
9 assigned to the same judge and magistrate judge; no consolidation
10 of the actions is effected.  Under the regular practice of this
11 court, related cases are generally assigned to the judge and
12 magistrate judge to whom the first filed action was assigned.
13    IT IS THEREFORE ORDERED that the action denominated 2:09-CV-
14 01292-FCD-EFB be reassigned to Judge John A. Mendez and Magistrate
15 Judge Edmund F. Brennan for all further proceedings, and any dates
16 currently set in this reassigned case only are hereby VACATED.
17 Henceforth, the caption on documents filed in the reassigned cases
18 shall be shown as 2:09-CV-01292-JAM-EFB.
19    IT IS FURTHER ORDERED that the Clerk of the Court make
20 appropriate adjustment in the assignment of civil cases to
21 compensate for this reassignment.

23 IT IS SO ORDERED.
   Dated: May 18, 2009
24                                    _____
                                      JOHN A. MENDEZ,
25                                    UNITED STATES DISTRICT JUDGE